IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KNIGHTBROOK INSURANCE COMPANY, a Corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:22-cv-6916 ) |
| GRASSHOPPER TRUCKING, LLC, an Illinois Limited Liability Corporation; LARANDAVESHA JANEE; BRANDON EDWARD TUCKER; BRANDON ISAAC TUCKER; LAVAR ANQUOR ROBERTS; TERRI LYNN ACOSTA, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM**

The parties who have appeared in this case, KNIGHTBROOK INSURANCE COMPANY, Plaintiff, by its attorneys, Drake, Narup & Mead, P.C., and GRASSHOPPER TRUCKING, LLC and LAVAR ANQUOR ROBERTS, by their attorneys, Canty Novy Bertkau Gordon, LLC, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismissal of the Plaintiff's Complaint and Defendants' Counterclaim, the issues having been resolved by the parties, with each party to bear its own respective costs of suit.

    KNIGHTBROOK INSURANCE COMPANY, a
    Corporation, Plaintiff

    **DRAKE, NARUP & MEAD, P.C.**

    By:    s/Randall A. Mead
           One of Its Attorneys

        Randall A. Mead (ARDC # 6180340)
        mead@dnmpc.com
        DRAKE, NARUP & MEAD, P.C.
        107 East Allen Street
        Springfield, IL 62704
        (217) 210-7533 (direct)
        (217) 528-9776 (general)


        GRASSHOPPER TRUCKING, LLC and LAVAR ANQUOR ROBERTS, Defendants

**CANTY NOVY BERTKAU GORDON, LLC**


By:    s/Bradley A. Bertkau
        One of Its Attorneys


Bradley A. Bertkau
CANTY NOVY BERTKAU GORDON, LLC
65 E. Wacker Place #1220
Chicago, IL 60601
(847) 625-8200
Service@ocnlaw.com